UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:22-cv-02284-SB-JC | Date: | January 27, 2023 |
|---|---|---|---|

| Title: | *Securities and Exchange Commission v. David J. Bunevacz et al.* |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Jennifer Graciano | Wil Wilcox |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**    [Minutes of] Status Conference (Held and Continued)

      Case called and no appearances are made. This matter is continued to February 3, 2023 at 8:30 a.m. The Court issues an order to show cause (OSC) for Plaintiff's and Defendant Mary Hayca Bunevacz's failure to appear, which will be heard on February 3, 2023 at 8:30 a.m. Each party is ordered to file a response to the OSC no later than January 31, 2023 at 4:00 p.m. In the written response to the OSC, counsel shall state whether they previously have ever been the subject of sanctions or an OSC for failing to follow any court rule or order.

:01