KATHRYN C. WANNER (Cal. Bar No. 269310)
Email: wannerk@sec.gov
M. LANCE JASPER (Cal. Bar No. 244516)
Email: jasperml@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka Patel, Associate Regional Director
Gary Y. Leung, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DAVID J. BUNEVACZ, MARY HAYCA BUNEVACZ, CAESARBRUTUS LLC, CB HOLDING GROUP CORP., AND BRUTUS CALIFORNIA VENTURES CORP.,<br><br>　　　　Defendants. | Case No. 2:22-cv-02284-SB-JCx<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S RESPONSE TO OSC RE: JANUARY 27, 2023 HEARING** |

Plaintiff Securities and Exchange Commission ("SEC"), by and through its counsel of record, Kathryn C. Wanner, Lance Jasper and Gary Y. Leung, respectfully submits this response to the Court's January 27, 2023 Order to Show Cause re the Status Conference scheduled for the same day.  Dkt. No. 41.

On December 6, 2022, this Court entered an order continuing its December 16, 2022 status conference to January 27, 2023, and further ordered the parties to notify the Court within 72 hours once the SEC Commissioners acted upon the parties' proposed settlement.  Dkt. No. 40.  Only in that event, the January 27 status conference would have been vacated without further order of the Court.  *Id.*  SEC counsel has prepared a written settlement recommendation which has been reviewed and approved by supervisors in the Los Angeles Regional Office.  While a date certain is not yet set, that recommendation is on track to be heard by the Commission the week of February 27.  Because the Commission has not taken action on the parties' proposed settlement, the Court's January 27, 2023 status conference remained on calendar.

The Court's directives in its December 6 minute order are clear and unambiguous.  Nonetheless, because of a calendaring error, plaintiff's counsel failed to appear on January 27 as ordered by this Court.  For civil enforcement actions brought by the SEC's Los Angeles Regional Office, SEC counsel maintain a litigation calendar with case dates for all pending matters.  Professional support staff are assigned for each matter and included on ECF service of all case filings and court orders.  SEC counsel of record share responsibility with paralegals to ensure dates in the litigation calendar are correctly entered, updated, and vacated, as needed.  In spite of these office-wide procedures, the January 27 status conference was inadvertently not added to the calendar.  *Compare Zabala v. Integon Nat'l. Ins. Co.*, 2020 WL 2129584, *1 (S.D. Fla. 2020) (noting "demonstrated" pattern of "delay or willful contempt" where party sought to justify repeated failures to meet court deadlines as calendaring errors); *see*, *e.g.*, *Nguyen v. Chase Bank USA, N.A..*, 2010 WL 368018,

*1 (C.D. Cal. Jan. 26, 2010) (denying request for order holding party in contempt where violation was unintentional and inadvertent); *Catchplay*, *Inc. v. Studio Solutions Group*, *Inc.*, 2013 WL 12153510, *2 (C.D. Cal. May 14, 2013) (addressing technical or inadvertent violations of a court order and civil contempt).

Nonetheless, SEC counsel are responsible for following the Court's orders, and the undersigned counsel accept responsibility for their failure to abide by this Court's December 6 order.  Counsel for the SEC, who would have been the attorney to make an appearance at the status conference, Kathryn C. Wanner, has never personally been previously subject to sanctions or an OSC for failure to follow any court rule or order.  However, for clarity, Orders to Show Cause have issued in matters in which counsel has been counsel of record, for example, Docket No. 26 in this matter. However, all such Orders have resolved.

Dated:  January 31, 2023

　　　　　　　　　　　　　　　　/s/ Kathryn C. Wanner
　　　　　　　　　　　　　　　　KATHRYN C. WANNER
　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　Securities and Exchange Commission

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action.  My business address is:

> U.S. SECURITIES AND EXCHANGE COMMISSION,
> 444 S. Flower Street, Suite 900, Los Angeles, California 90071
> Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On January 31, 2023, I caused to be served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S RESPONSE TO OSC RE: JANUARY 27, 2023 HEARING**

on all the parties to this action addressed as stated on the attached service list:

☒ **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☒ **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒ **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: January 31, 2023

*/s/ Kathryn C. Wanner*
Kathryn C. Wanner

3

1
2

*SEC v. David J. Bunevac, et al.*
**United States District Court—Central District of California**
**Case No. 2:22-cv-02284-SB-JCx**

3
4

### <u>SERVICE LIST</u>

5
6
7
8
9
10

David Bunevacz
c/o Federal Bureau of Prisons
MDC Los Angeles
535 N. Alameda Street
LOS-ExecAssistant@bop.gov
*Defendant and Agent of Service for Defendants Caesarbrutus LLC and CB Holding Group Corp.*

11
12
13
14
15

Jeremy L. Ross
jeremy@dambrosioross.com
D'Ambrosio|Ross LLP
714 W. Olympic Blvd. Ste 938
Los Angeles, CA 90015
*Attorney for Defendant Mary Bunevacz*

16
17
18

Rennie Gardiner
7697 21st Avenue
Sacramento, CA 95820
*Registered Agent of Service for Defendant Brutus California Ventures Corp.*

19
20
21
22
23
24
25
26
27
28