Jeremy L. Ross (SBN 294582)
jeremy@dambrosioross.com
D'AMBROSIO | ROSS LLP
714 W Olympic Blvd, Ste 938
Los Angeles, California 90015-4132
Telephone: (213) 459-6385
Facsimile: (213) 279-1496

Attorneys for Defendant,
Mary Hayca Bunevacz

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> MARY HAYCA BUNEVACZ, et al. <br><br> Defendants. | Case No.: 2:22-CV-02284-SB-JCD <br><br> **COUNSEL TO MARY HAYCA BUNEVACZ'S RESPONSE TO THE COURT'S OSC OF JANUARY 27, 2023** <br><br> Judge: Hon. Stanley Blumenfeld, Jr. |

I, Jeremy L Ross, declare as follows:

1.  I am an attorney licensed to practice law in the state of California along with the United States District Court for the Central District of California, among other courts. I am a partner at the law firm D'Ambrosio | Ross LLP. I am the attorney of record for defendant Mary Hayca Bunevacz in the above-captioned case. This declaration is made as a response the Court's Order to Show Cause ("OSC"), issued on January 27, 2023 [Dkt. 41].

2.  Upon learning of this Court's OSC shortly following its issuance on the evening of January 27, 2023, I checked my email and determined that, on December 7, 2022, I did in fact receive this Court's Order Vacating Case Management Dates [Dkt. 40], which explicitly ordered the parties to appear at a Status Conference before the Court on January 27, 2023 at 8:30 am unless a stipulation to dismiss my client was filed before 9 a.m. on January 24, 2023. I note that no such stipulation was filed by the parties and, therefore, I was required to appear before the Court on January 27, 2023 at 8:30 am as counsel for Ms. Bunevacz.

3.  My firm does not employ staff whose job it is to calendar court dates – that job falls squarely on me. I typically use both an electronic calendaring platform and a physical paper backup. However, this system failed in the instant case because, I believe in retrospect, when I reviewed the Court's Order of December 7, 2022, I failed to review the entire order including the portion that addressed the Status Conference being continued to January 27, 2023 at 8:30 am.

4.  I have previously been the subject of Orders to Show Cause though this is the first time I have been the subject of such an OSC on a case where I was the sole counsel of record for a client. Regardless, those prior Orders to Show Cause have been discharged without the imposition of sanctions.

5.  My failure to appear on January 27 was an inexcusable oversight

on my part for which I take full responsibility and for which I apologize to the Court, to the plaintiff, and to other litigants and their counsel with business before the Court. My failure to appear should not be imputed on my client nor should it be construed as anything other than an honest, albeit regrettable, mistake on my part.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 31, 2023       Respectfully submitted,

                                  D'AMBROSIO | ROSS LLP

                                  By:  */s/ Jeremy L. Ross*
                                        Jeremy L. Ross
                                        Attorney for Defendant,
                                        Mary Hayca Bunevacz

# CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on this the 31st day of January, 2023, the foregoing was filed with the Court utilizing the Court's CM/ECF e-filing system, which will give electronic notification to counsel of record registered to receive said notifications as follows:

KATHRYN C. WANNER
Email: wannerk@sec.gov

M. LANCE JASPER
Email: jasperml@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

*Counsel for Plaintiff Securities and Exchange Commission*

                                                   */s/ Jeremy L. Ross*
                                                   Jeremy L. Ross

                                                   Counsel for Defendant,
                                                 Mary Hayca Bunevacz